# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CRYSTAL HAMMOND,**<br><br>　　　Plaintiff**,**<br><br>**vs.**<br><br>**GEORGIA DEPARTMENT OF JUVENILE JUSTICE,**<br><br>　　　Defendant**.** | CIVIL ACTION FILE NO.:<br>**1:21-cv-00210-TWT**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby dismiss this action and all claims therein with prejudice. Each party will bear its own attorney fees and costs.

Respectfully submitted this 12th day of October, 2021.

| | |
|---|---|
| */s/Julie H. Burke*<br>Julie H. Burke, Esq.<br>Georgia Bar No. 448095<br>Douglas R. Kertscher, Esq.<br>Georgia Bar No. 616265<br>HILL, KERTSCHER & WHARTON, LLP<br>3625 Cumberland Blvd., Suite 1050<br>Atlanta, Georgia 30309-6406<br>Telephone: (770) 953-0995<br>Facsimile:  (770) 953-1358<br>Email:  jb@hkw-law.com<br>Email:  drk@hkw-law.com | */s/ Katherine P. Stoff*<br>KATHERINE P. STOFF<br>Georgia Bar No.  536807<br>Senior Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300<br>(404) 458-3491<br>kstoff@law.ga.gov<br>*Counsel for Defendant Georgia Department of Juvenile Justice.* |

*Counsel for Plaintiff Crystal Hammond*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATIN OF DISMISSAL WITH PREJUDICE** was filed on this 12th day of October 2021 via the Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

      */s/ Julie H. Burke*
      Julie H. Burke

      *Counsel for Plaintiff Crystal Hammond*